Edward Parradee, Plaintiff in Error, v. W. J. Steed, Defendant in Error.

Writ of error dismissed on motion of counsel for Defendant in Error.

*Edward Parradee,* in Proper Person, for Plaintiff in Error.

*Ellis F. Davis and W. McL. Christie,* for Defendant in Error.